**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**TED WILLIS**                                                                              **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 3:15-CV-P549-CRS**

**DANNY PERRY et al.**                                                                **DEFENDANTS**

### MEMORANDUM OPINION

Plaintiff, Ted Willis, filed a *pro se*, *in forma pauperis* complaint on his own paper. However, he neither paid the filing fee nor tendered an application to proceed without prepayment of fees.  Accordingly, the Court ordered that within 30 days Plaintiff either pay the filing fee or file a completed application to proceed without prepayment of fees.  The Court also ordered that within the same 30-day period Plaintiff must file a completed complaint on the proper form.  That Order warned Plaintiff that his failure to comply within the allotted time would result in dismissal of his case.

More than 30 days have passed, and Plaintiff has failed to comply with the Court's Order. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).  Therefore, by separate Order, the Court will dismiss the instant action.  *See* Fed. R. Civ. P. 41(b) (governing involuntary dismissal).

Date:  August 26, 2015

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:      Plaintiff, *pro se*
4411.009